# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHPAL SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00446-SAB<br><br>ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER<br><br>(ECF No. 12) |

On November 10, 2016, Plaintiff filed a stipulation requesting an extension of time to file his opening brief. (ECF No. 12.) Pursuant to the stipulation, Plaintiff will file his opening brief on or before **November 25, 2016**. This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's opening brief shall be filed on or before **November 25, 2016**;

2. Defendant's responsive brief shall be filed on or before **January 6, 2017;**

3. Plaintiff may file a reply brief on or before **January 26, 2017**; and

4. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing schedule will not routinely be granted and will only be granted upon a showing of good cause. Further, requests

1

to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated:   **November 14, 2016**

UNITED STATES MAGISTRATE JUDGE